United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01718-HWV |
| Mark L Snyder | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 26, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5217862 | + Commercial Loan Investment VI, LLC, 3144 S. Winton Rd, Rochester NY 14623-2981 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com  PitEcf@weltman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kimberly A Bonner | on behalf of Creditor Commercial Loan Investment VI LLC kab@jsdc.com  jnr@jsdc.com |
| Rebecca Ann Solarz | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION r.davidow@mgplaw.com |
| Steven M. Carr | on behalf of Debtor 1 Mark L Snyder stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-01718-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark L Snyder
1626 Nightengale Circle
Lindenhurst IL 60046

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/25/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Commercial Loan Investment VI, LLC, 3144 S. Winton Rd, Rochester NY 14623 | MMG Investments II, LLC<br>Attn: J Tumia<br>3144 S Winton Rd<br>Rochester, NY 14623<br>MMG Investments II, LLC<br>Attn: J Tumia |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/28/22

Terrence S. Miller
**CLERK OF THE COURT**